```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Chief, Criminal Division
 3  STEVEN R. WELK
    Assistant United States Attorney
 4  Chief, Asset Forfeiture Section                           JS-6
    LISABETH SHINER
 5  California Bar No. 151792
    Special Assistant United States Attorney
 6  Asset Forfeiture Section
       Federal Courthouse, 14th Floor
 7     312 North Spring Street
       Los Angeles, California 90012
 8     Telephone:  (213) 894-6528
       Facsimile:  (213) 894-7177
 9     E-mail: Lisabeth.Shiner@usdoj.gov

10  Attorneys for Plaintiff
    United States of America
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CV 08-05991-RGK(JTLx) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] |
| v. | ) | |
| | ) | **CONSENT JUDGMENT OF** |
| $92,109.00 IN U.S. CURRENCY, | ) | **FORFEITURE** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| GARY DAVIDSON, | ) | |
| | ) | |
| Claimant. | ) | |

This action was filed on September 12, 2008.  Notice was given and published in accordance with law.  On October 15, 2008, claimant Gary Davidson ("claimant") filed a claim in this matter.

1  No other claims have been filed, and the time for filing claims
2  expired on November 24, 2008.  Plaintiff and claimant, from whom
3  the $92,109.00 in U.S. currency ("defendant currency") was seized
4  have reached an agreement that is dispositive of the action.  The
5  parties hereby request that the Court enter this Consent Judgment
6  of Forfeiture.

7  **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

8  1.  This Court has jurisdiction over the parties and the
9      subject matter of this action.
10 2.  Notice of this action has been given in accordance with
11     law.  All potential claimants to the defendant currency
12     other than claimant are deemed to have admitted the
13     allegations of the Complaint.  The allegations set out
14     in the Complaint are sufficient to establish a basis
15     for forfeiture.
16 3.  The United States of America shall have judgment as to
17     $52,109.00 of the defendant currency, plus all interest
18     earned by the government on the entirety of the
19     defendant assets, and no other person or entity shall
20     have any right, title or interest therein.  The United
21     States Marshals Service is ordered to dispose of said
22     assets in accordance with law.
23 4.  $40,000.00 of the defendant currency, without any
24     interest earned by the government on that amount, shall
25     be paid to claimant and returned in care of his
26     attorney, Garfield A. A. Cramer.  Said funds shall be
27     forwarded by a check made payable in the amount of
28     $40,000.00 to "Garfield A. A. Cramer Client Trust

Account," and shall be mailed to Garfield A. A. Cramer, Attorney at Law, 225 South Lake Avenue, Suite 300, Pasadena, CA 91101.

5. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: December 1, 2008

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

```
 1
 2   Approved as to form and content:
 3   Dated: October ___, 2008     THOMAS P. O'BRIEN
                                   United States Attorney
 4                                 CHRISTINE C. EWELL
                                   Chief, Criminal Division
 5                                 STEVEN R. WELK
                                   Assistant United States Attorney
 6                                 Chief, Asset Forfeiture Section

 7                                          /s/
                                   _____
 8                                 LISABETH SHINER
                                   Special Assistant United States Attorney
 9                                 Asset Forfeiture Section

10                                 Attorneys for Plaintiff
                                   United States of America
11
12   Dated: October ___, 2008
                                            /s/
13                                 _____
                                   GARFIELD A. A. CRAMER
14                                 Attorney for Claimant
                                   GARY DAVIDSON
15
```

4